\*\* e-filed on 10/05/2005 \*\*

NOT FOR CITATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| PROGENY ADVANCED GENETICS, INC., | Case Number C 05-03091 JF |
| Plaintiff, | ORDER[1] VACATING HEARING DATE AND REFERRING CASE TO JUDGE WARE FOR RELATED CASE DETERMINATION |
| v. | |
| PARAGON SEED, INC., | |
| Defendant. | |

It has come to the Court's attention that the instant case may be related to an earlier-filed case that was litigated before Judge James Ware, *Progeny Advanced Genetics, Inc. v. Paragon Seed, Inc.*, C 03-04123 JW. Accordingly, the Court will vacate the October 24 hearing date on the pending motion to dismiss and refer the case to Judge Ware so that he may make a related case determination. If Judge Ware determines that the cases are related, the instant case will be reassigned to Judge Ware and the pending motions to dismiss will need to be set for hearing before Judge Ware. If Judge Ware determines that the cases are not related, this Court will re-set

---

[1] This disposition is not designated for publication and may not be cited.

Case No. C 05-03091 JF
ORDER VACATING HEARING DATE AND REFERRING CASE TO JUDGE WARE FOR RELATED CASE DETERMINATION
(JFLC1)

1  the pending motions to dismiss on the earliest date that is convenient for all parties.
2      IT IS SO ORDERED.

5  DATED:   October 20, 2005

                                /s/ electronic signature authorized
                                JEREMY FOGEL
                                United States District Judge

Case No. C 05-03091 JF
ORDER VACATING HEARING DATE AND REFERRING CASE TO JUDGE WARE FOR RELATED CASE DETERMINATION
(JFLC1)

1   Copies of Order served on:

2   Effie F. Anastassiou    effieesq@juno.com,

3   Brian R. Blackman      bblackman@sheppardmullin.com

4   Neil A. Smith          nsmith@sheppardmullin.com, jbrush@sheppardmullin.com

3

Case No. C 05-03091 JF
ORDER VACATING HEARING DATE AND REFERRING CASE TO JUDGE WARE FOR RELATED CASE
DETERMINATION
(JFLC1)