1  RACHEL KREVANS (CA SBN 116421)
   RKrevans@mofo.com
2  MAAME A.F. EWUSI-MENSAH (CA SBN 222986)
   MEwusiMensah@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California 94105-2482
   Telephone: (415) 268-7000
5  Facsimile: (415) 268-7522

6  Attorneys for Plaintiff
   PROGENY ADVANCED GENETICS, INC.

7

8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                  SAN JOSE DIVISION

12

13 PROGENY ADVANCED GENETICS, INC., a        Case No.   C 05-3091 JW
   California Corporation,
14                                           **NOTICE AND**
                                             **ORDER OF SUBSTITUTION OF**
15             Plaintiff,                     **COUNSEL**

16     v.

17 PARAGON SEED, INC., a California
   Corporation,
18

19             Defendant.

20

21        TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

22        NOTICE IS HEREBY GIVEN that Plaintiff Progeny Advanced Genetics, Inc. substitutes

23 Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482, (415) 268-7000,

24 as counsel of record in place and instead of Sheppard Mullin Richter & Hampton LLP.

25

26

27

28

1     I AGREE AND ACCEPT THIS SUBSTITUTION:

2     Dated: November 2, 2005

                       PROGENY ADVANCED GENETICS, INC.

3

4                       By:   /s/ Nathan K. Olivas
                            Nathan K. Olivas

5     Dated: November 8, 2005

6                       RACHEL KREVANS
                      MORRISON & FOERSTERLLP

7

8                       By:   /s/ Rachel Krevans
                          Rachel Krevans

9

10                       Attorneys for Plaintiff
                      PROGENY ADVANCED GENETICS, INC.

11

    Dated: November 8, 2005

12

                      NEIL A. SMITH

13                       SHEPPARD MULLIN RICHTER
                      & HAMPTONLLP

14

15                       By:   /s/ Neil A. Smith
                          Neil A. Smith

16

17                       Attorneys for Plaintiff
                      PROGENY ADVANCED GENETICS, INC.

18

19     Good cause appearing,

20     IT IS HEREBY ORDERED that Morrison & Foerster LLP be substituted for Sheppard

21 Mullin Richter & Hampton LLP as counsel of record for Progeny Advanced Genetics, Inc.

22

23     Dated: __11/16/05__, 2005                _James Ware_____

24                       Honorable James Ware
                      UNITED STATES DISTRICT JUDGE

25

26

27

28