IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Progeny Advanced Genetics, Inc., | NO. C 05-03091 JW |
|     Plaintiff(s), | **ORDER CONTINUING HEARING DATE FOR MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE** |
| v. | |
| Paragon Seed, Inc. et al., | |
|     Defendant(s). | |

The motion to dismiss currently set for December 19, 2005 is continued to February 27, 2006 at 9:00 a.m. The case management conference currently set for December 12, 2005 is continued to March 20, 2006 at 10:00 a.m. The joint case management statement must be filed no later than March 8, 2006.

Dated: November 29, 2005

/s/James Ware
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Effie F. Anastassiou effieesq@juno.com
Rachel Krevans rkrevans@mofo.com

**Dated: November 29, 2005**                           **Richard W. Wieking, Clerk**

                                                                          **By:   /s/JW Chambers            **
                                                                                    **Ronald L. Davis**
                                                                                    **Courtroom Deputy**