1  Effie F. Anastassiou, Esq. SBN 96279
   L. Paul Hart, Esq. SBN 237766
2  Denis Klavdianos, Esq. SBN 225925
   Anastassiou & Associates
3  242 Capitol Street
   Post Office Box 2210
4  Salinas, California 93902
   Telephone:  (831) 754-2501
5  Facsimile:  (831) 754-0621

6  Attorneys for Defendant
   PARAGON SEED, INC.



IT IS SO ORDERED
*James Ware*
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PROGENY ADVANCED GENETICS, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>PARAGON SEED, INC., a California corporation,<br><br>Defendant. | CASE NO. C05 3091 JF<br><br>STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

IT IS HEREBY STIPULATED by and between Plaintiff, PROGENY ADVANCED GENETICS, INC. ("Plaintiff"), and Defendant, PARAGON SEED, INC. ("Defendant"), by and through their respective attorneys of record, that the Case Management Conference shall be continued from March 20, 2006, at 10:00 a.m. to March 27, 2006, at 10:00 a.m. The Joint Case Management Conference Statement shall be due on March 17, 2006.

The reason for the continuance is that counsel for Defendant will be returning from an out of state trip on March 20, 2006, and is unavailable to attend.

IT IS SO STIPULATED.

1  DATED: February ___, 2006          MORRISON & FOERSTER LLP

2
3                                      By: /s/ Rachel Krevans
4                                          Rachel Krevans
                                           Attorneys for Plaintiff
                                           PROGENY ADVANCED
5                                          GENETICS, INC.
6
7  DATED: February ___, 2006          ANASTASSIOU & ASSOCIATES
8
9                                      By: /s/ E. F. Anastassiou
                                           Eanie F. Anastassiou
10                                         Attorneys for Defendant
                                           PARAGON SEED, INC.
11
12                                    **ORDER**
13      IT IS HEREBY ORDERED that the Case Management Conference is hereby rescheduled
14  from March 20, 2006, at 10:00 a.m. to March 27, 2006, at 10:00 a.m.
15
    Dated: Feb. 22, 2006, 2006
16
17                                         /s/ James Ware
                                           HONORABLE JAMES WARE
                                           UNITED STATES DISTRICT JUDGE
18
    F:\VHT\StipulationContCMC.wpd
19
20
21
22
23
24
25
26
27
28

Progeny Advanced Genetics, Inc. v. Paragon Seed, Inc.          Stipulation and Order Continuing
Case No. C05 3091JF                                            Case Management Conference

2