Effie F. Anastassiou, Esq. (SBN 96279)
Denis Klavdianos, Esq. (SBN 225925)
L. Paul Hart, Esq. (SBN 237766)
ANASTASSIOU & ASSOCIATES
242 Capitol Street
Post Office Box 2210
Salinas, California 93902
Telephone: (831) 754-2501
Facsimile: (831) 754-0621

Attorneys for Defendant
PARAGON SEED, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| PROGENY ADVANCED GENETICS, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>PARAGON SEED, INC., a California corporation,<br><br>Defendant. | CASE NO. C05 3091 JW<br><br>[PROPOSED] ORDER GRANTING PARAGON SEED INC.'S REQUEST FOR ATTORNEYS' FEES AND COSTS AS PREVAILING PARTY PURSUANT TO CALIFORNIA CIVIL CODE SECTION 1717<br><br>**Judge:   Honorable James Ware** |

In accordance with the Court's Order of March 1, 2006 granting Defendant Paragon Seed, Inc.'s ("Paragon") Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), and Paragon's request for an award of attorneys' fees as the prevailing party, subject to the service on this Court of a declaration itemizing Paragon's reasonable attorneys' fees and costs, and after consideration of the Declaration of Effie F. Anastassiou, Esq., and accompanying itemization of attorneys' fees and costs, IT IS HEREBY ORDERED THAT:

1. Defendant Paragon is hereby awarded an amount of $16,212.50 in attorneys' fees, and an amount of $865.96 in costs as the prevailing party in this action, for a total award of $17,078.46; and

2. Plaintiff Progeny Advanced Genetics, Inc. ("Progeny") shall pay the total sum of $17,078.46

by certified check or cashier's check made payable to Paragon Seed, Inc., and delivered to c/o Anastassiou & Associates, 242 Capitol Street, Salinas, CA 93901 (Courier), P.O. Box 2210, Salinas, CA 93902 (mailing), within thirty (30) days of the date of this Order.

The Clerk shall close the file.

DATED: March 22 , 2006

/s/ James Ware
HONORABLE JAMES WARE
United States District Court Judge

F:\VHT\MotionDismiss\AttyFeesCosts\PropOrderAttyFeesCosts.wpd