| | |
|---|---|
| 1 | RACHEL KREVANS (Bar No. 116421) |
|   | RKrevans@mofo.com |
| 2 | MICHAEL M. CARLSON (Bar No. 88048) |
|   | MCarlson@mofo.com |
| 3 | MAAME A.F. EWUSI-MENSAH (Bar No. 222986) |
|   | MEwusiMensah@mofo.com |
| 4 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 5 | San Francisco, California 94105-2482 |
|   | Telephone: (415) 268-7000 |
| 6 | Facsimile: (415) 268-7522 |
| 7 | Attorneys for Plaintiff |
|   | PROGENY ADVANCED GENETICS, INC. |
| 8 | |
|   | EFFIE F. ANASTASSIOU (Bar No. 96279) |
| 9 | DENIS KLAVDIANOS (Bar No. 225925) |
|   | L. PAUL HART (Bar No. 237766) |
| 10 | ANASTASSIOU & ASSOCIATES |
|    | 242 Capitol Street |
| 11 | Post Office Box 2210 |
|    | Salinas, California 93902 |
| 12 | Telephone: (831) 754-2501 |
|    | Fax: (831) 754-0621 |
| 13 | |
|    | Attorneys for Defendant |
| 14 | PARAGON SEED, INC. |

**IT IS SO ORDERED**
/s/ James Ware
Judge James Ware

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PROGENY ADVANCED GENETICS, a California Corporation, | | Case No.   C-05-3091 JW |
| | Plaintiff, | **STIPULATED REQUEST TO AMEND ORDER GRANTING DEFENDANT'S MOTION TO DISMISS** |
| v. | | |
| PARAGON SEED, INC., a California Corporation, | | |
| | Defendant. | The Honorable James Ware |

1  Plaintiff Progeny Advanced Genetics, Inc. and Defendant Paragon Seed, Inc. ("Paragon") hereby stipulate and agree as follows:

1. Paragon's Motion to Dismiss Progeny's Complaint with Prejudice was not intended to affect Progeny's rights to revisit the claims asserted in the Complaint in an arbitration initiated under Paragraph 4(d) of the Settlement Agreement between Progeny and Paragon (the "Agreement").

2. Paragon's Motion to Dismiss Progeny's Complaint with Prejudice was not intended to affect Progeny's rights under Paragraph 4(e) of the Agreement to challenge a Paragon variety by future litigation if a Plant Variety Protection Certificate is denied to such variety.

3. In order that the record might be clear, the Parties respectfully request that the Court's March 1, 2006, Order Granting Defendant's Motion to Dismiss (Docket No. 28) be amended to insert the following sentence prior to the final sentence of the order which begins on line 15:

> This dismissal with prejudice does not affect Progeny's rights (1) under Paragraph 4(d) of the Settlement Agreement to pursue arbitration of the claims raised in its complaint, or (2) under Paragraph 4(e) of the Settlement Agreement, in the event that a Plant Variety Protection Certificate is denied to Paragon for the Rubicon variety, to bring a claim in this forum that the Rubicon variety infringes the Progeny's Plant Variety Protection Certificate.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

IT IS SO STIPULATED.

Dated: March 28, 2006						MORRISON & FOERSTER LLP

							By:   //s//  Maame A.F. Ewusi-Mensah
							       Rachel Krevans
							       Michael M. Carlson
							       Maame A.F. Ewusi-Mensah

							Attorneys for Plaintiff
							PROGENY ADVANCED GENETICS, INC.

Dated: March 28, 2006						ANASTASSIOU & ASSOCIATES


							By:   //s//  Effie F. Anastassiou
							       Effie F. Anastassiou
							       Denis Klavdianos
							       L. Paul Hart

							Attorneys for Defendant
							PARAGON SEED, INC.


**GENERAL ORDER 45 ATTESTATION**

I, Maame A.F. Ewusi-Mensah, am the ECF User whose ID and password are being used to file the Stipulated Request to Amend Order Granting Defendant's Motion to Dismiss  In compliance with General Order 45, X.B., I hereby attest that Effie F. Anastassiou has concurred in this filing.

							  //s//  Maame A.F. Ewusi-Mensah
							       Maame A.F. Ewusi-Mensah


PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 16, 2006

							_____
							HONORABLE JAMES WARE
							United States District Court Judge